# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAHAN, James C. | U.S.District Court, Nevada | 05/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Las Vegas Boulevard South Suite 6085 Las Vegas, Nevada 89101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Mahan, James C.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | E | Dividend | M | T | Buy/Sell Pt. | 12/31/10 | M | | |
| 2.   -- Akamai Tech | | | | | Buy | 08/12/10 | L | | |
| 3.   -- Akamai Tech | | | | | Sold | 09/16/10 | L | B | |
| 4.   -- ATP Oil & Gas Corp | | | | | Buy | 03/12/10 | K | | |
| 5.   -- ATP Oil & Gas Corp | | | | | Sold | 04/13/10 | K | B | |
| 6.   -- Chicos Fas Inc | | | | | Buy | 08/18/10 | L | | |
| 7.   -- Chicos Fas Inc | | | | | Sold | 09/14/10 | K | B | |
| 8.   -- China Agritech Inc New | | | | | Buy | 05/14/10 | K | | |
| 9.   -- China Agritech Inc New | | | | | Sold | 08/18/10 | K | B | |
| 10.   -- China Digital TV HLD ADR | | | | | Buy | 08/18/10 | K | | |
| 11.   -- China Digital TV HLD ADR | | | | | Sold | 09/14/10 | K | B | |
| 12.   -- Doctor Reddy's Lab | | | | | Buy | 09/07/10 | K | | |
| 13.   -- Doctor Reddy's Lab | | | | | Sold | 10/25/10 | K | B | |
| 14.   -- Ferro Corp | | | | | Buy | 10/13/10 | K | | |
| 15.   -- Ferro Corp | | | | | Sold | 11/04/10 | K | B | |
| 16.   -- Harry Winston Diamond Corp | | | | | Buy | 10/13/10 | K | | |
| 17.   -- Harry Winston Diamond Corp | | | | | Sold | 12/02/10 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Helix Energy Solutions | | | | | Buy | 06/14/10 | K | | |
| 19. -- Helix Energy Solutions | | | | | Sold | 06/16/10 | K | B | |
| 20. -- JDA Software Group Inc | | | | | Buy | 10/27/10 | K | | |
| 21. -- JDA Software Group Inc | | | | | Sold | 11/04/10 | K | B | |
| 22. -- Kinross Gold Corp | | | | | Buy | 09/23/10 | K | | |
| 23. -- Kinross Gold Corp | | | | | Sold | 10/06/10 | K | B | |
| 24. -- Las Vegas Sands Corp | | | | | Buy | 01/05/10 | M | | |
| 25. -- Las Vegas Sands Corp | | | | | Sold | 09/03/10 | M | D | |
| 26. -- Longtop Fnl Tech Ltd ADR | | | | | Buy | 06/16/10 | K | | |
| 27. -- Longtop Fnl Tech Ltd ADR | | | | | Sold | 08/18/10 | K | B | |
| 28. -- Nacco Industries Inc | | | | | Buy | 03/09/10 | L | | |
| 29. -- Nacco Industries Inc | | | | | Sold | 03/15/10 | L | A | |
| 30. -- Netgear Inc | | | | | Buy | 10/27/10 | K | | |
| 31. -- Netgear Inc | | | | | Sold | 12/06/10 | K | B | |
| 32. -- Vimpel Communication ADR | | | | | Buy | 04/15/10 | K | | |
| 33. -- Vimpel Communication ADR | | | | | Sold | 08/11/10 | K | C | |
| 34. -- Patriot Coal Corp | | | | | Buy | 03/12/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Patriot Coal Corp | | | | | Sold | 04/12/10 | K | B | |
| 36. -- RPC Inc | | | | | Buy | 10/06/10 | K | | |
| 37. -- RPC Inc | | | | | Sold | 10/13/10 | K | B | |
| 38. -- Rackspace Hosting Inc | | | | | Buy | 09/28/10 | K | | |
| 39. -- Rackspace Hosting Inc | | | | | Sold | 11/02/10 | K | B | |
| 40. -- Sotheby's | | | | | Buy | 09/17/10 | L | | |
| 41. -- Sotheby's | | | | | Sold | 10/25/10 | L | B | |
| 42. -- Tata Motors Ltd-Spns ADR | | | | | Buy | 09/14/10 | K | | |
| 43. -- Tata Motors Ltd-Spns ADR | | | | | Sold | 09/29/10 | K | B | |
| 44. -- Titanium Metals Corp New | | | | | Buy | 03/23/10 | K | | |
| 45. -- Titanium Metals Corp New | | | | | Sold | 05/13/10 | K | B | |
| 46. -- Toreador Resources | | | | | Buy | 01/22/10 | K | | |
| 47. -- Toreador Resources | | | | | Sold | 10/19/10 | K | B | |
| 48. -- World Fuel Service Corp | | | | | Buy | 09/29/10 | K | | |
| 49. -- World Fuel Service Corp | | | | | Sold | 10/13/10 | K | B | |
| 50. -- Continental Resources (X) | | | | | Sold | 04/23/10 | K | B | |
| 51. -- Sowstn Energy Co (X) | | | | | Sold | 01/05/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- MGM Mirage (X) | | | | | Sold | 01/12/10 | K | B | |
| 53. ░░░░░░░ ACCOUNT | A | Dividend | M | T | | 12/31/10 | M | | |
| 54. -- Asianinfo Holdings | | | | | Buy | 05/14/10 | K | | |
| 55. -- Asianinfo Holdings | | | | | Sold | 06/21/10 | K | B | |
| 56. -- Actuant Corp | | | | | Buy | 06/18/10 | K | | |
| 57. -- Acuant Corp | | | | | Sold | 09/13/10 | K | B | |
| 58. -- Alpha Natural Rsrcs Inc | | | | | Buy | 03/29/10 | M | | |
| 59. -- Alpha Natural Rsrcs Inc | | | | | Sold | 12/06/10 | M | B | |
| 60. -- Amem Superconductor | | | | | Buy | 04/15/10 | L | | |
| 61. -- Amem Superconductor | | | | | Sold | 10/08/10 | L | B | |
| 62. -- Atlas Pipeline Partners | | | | | Buy | 11/09/10 | K | | |
| 63. -- Atlas Pipeline Partners | | | | | Sold | 11/12/10 | K | B | |
| 64. -- Brigham Exploration Co | | | | | Buy | 02/02/10 | M | | |
| 65. -- Brigham Exploration Co | | | | | Sold | 10/01/10 | M | C | |
| 66. -- Brush Engineered Mat | | | | | Buy | 04/05/10 | L | | |
| 67. -- Brush Engineered Mat | | | | | Sold | 04/21/10 | L | B | |
| 68. -- Cameo Corp | | | | | Buy | 11/01/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Cameo Corp | | | | | Sold | 11/04/10 | L | B | |
| 70. -- China Yuchai Intl Ltd | | | | | Buy | 05/11/10 | L | | |
| 71. -- China Yuchai Intl Ltd | | | | | Sold | 12/03/10 | L | C | |
| 72. -- Cirrus Logic Inc | | | | | Buy | 06/17/10 | L | | |
| 73. -- Cirrus Logic Inc | | | | | Sold | 09/29/10 | L | B | |
| 74. -- Companhia Siderurgica E | | | | | Buy | 03/29/10 | K | | |
| 75. -- Companhia Siderurgica E | | | | | Sold | 04/05/10 | K | B | |
| 76. -- Compellent Technologies | | | | | Buy | 09/24/10 | K | | |
| 77. -- Compellent Technologies | | | | | Sold | 10/27/10 | K | C | |
| 78. -- Complete Production Services | | | | | Buy | 12/01/10 | K | | |
| 79. -- Complete Production Services | | | | | Sold | 12/02/10 | K | B | |
| 80. -- Deer Consumer Prod New | | | | | Buy | 05/17/10 | K | | |
| 81. -- Deer Consumer Prod New | | | | | Sold | 06/16/10 | K | B | |
| 82. -- Ferro Corp | | | | | Buy | 07/27/10 | K | | |
| 83. -- Ferro Corp | | | | | Sold | 08/02/10 | K | B | |
| 84. -- Finisar Corp | | | | | Buy | 11/12/10 | K | | |
| 85. -- Finisar Corp | | | | | Sold | 12/02/10 | K | B | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50.000.000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- Harry Winston Diamond Corp | | | | | Buy | 04/05/10 | K | | |
| 87. -- Harry Winston Diamond Corp | | | | | Sold | 05/11/10 | K | B | |
| 88. -- Homes Inns & Hotels | | | | | Buy | 03/02/10 | K | | |
| 89. -- Homes Inns & Hotels | | | | | Sold | 05/13/10 | K | B | |
| 90. -- Icici Bank Ltd Spon | | | | | Buy | 01/19/10 | M | | |
| 91. -- Icici Bank Ltd Spon | | | | | Sold | 11/25/10 | M | C | |
| 92. -- Jabil Circuit Inc | | | | | Buy | 06/23/10 | L | | |
| 93. -- Jabil Circuit Inc | | | | | Sold | 10/29/10 | L | B | |
| 94. -- Juniper Network Inc | | | | | Buy | 10/20/10 | K | | |
| 95. -- Juniper Network Inc | | | | | Sold | 11/05/10 | K | B | |
| 96. -- Las Vegas Sands Corp | | | | | Buy | 02/01/10 | M | | |
| 97. -- Las Vegas Sands Corp | | | | | Sold | 08/03/10 | M | C | |
| 98. -- Manitowoc Company Inc | | | | | Buy | 01/08/10 | K | | |
| 99. -- Manitowoc Company Inc | | | | | Sold | 01/15/10 | K | B | |
| 100. -- McDermott Intl Inc | | | | | Buy | 11/09/10 | K | | |
| 101. -- McDermott Intl Inc | | | | | Sold | 11/18/10 | K | B | |
| 102. -- Mcmoran Expl Co | | | | | Buy | 01/11/10 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Mcmoran Expl Co | | | | | Sold | 02/12/10 | L | C | |
| 104. -- NII Holdings Inc CL B | | | | | Buy | 02/12/10 | K | | |
| 105. -- NII Holdings Inc CL B | | | | | Sold | 02/16/10 | K | C | |
| 106. -- Nacco Industries Inc | | | | | Buy | 05/28/10 | K | | |
| 107. -- Nacco Industries Inc | | | | | Sold | 06/14/10 | K | B | |
| 108. -- New Oriental Educat SP | | | | | Buy | 01/15/10 | K | | |
| 109. -- New Oriental Educat SP | | | | | Sold | 01/19/10 | K | B | |
| 110. -- Origin Agritech Ltd | | | | | Buy | 01/06/10 | K | | |
| 111. -- Origin Agritech Ltd | | | | | Sold | 01/11/10 | K | B | |
| 112. -- Patriot Coal Corp | | | | | Buy | 01/06/10 | L | | |
| 113. -- Patriot Coal Corp | | | | | Sold | 04/12/10 | L | B | |
| 114. -- Perkinelmer Inc | | | | | Buy | 08/06/10 | K | | |
| 115. -- Perkinelmer Inc | | | | | Sold | 09/24/10 | K | B | |
| 116. -- Price Intl Inc | | | | | Buy | 08/02/10 | K | | |
| 117. -- Price Intl Inc | | | | | Sold | 08/04/10 | K | B | |
| 118. -- Quicksilver Res Inc | | | | | Buy | 10/18/10 | K | | |
| 119. -- Quicksilver Res Inc | | | | | Sold | 10/20/10 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- RPC Inc | | | | | Buy | 10/27/10 | L | | |
| 121. -- RPC Inc | | | | | Sold | 11/30/10 | L | C | |
| 122. -- Rino Intl Cor | | | | | Buy | 01/22/10 | K | | |
| 123. -- Rino Intl Cor | | | | | Sold | 03/15/10 | K | B | |
| 124. -- Sandisk Corp | | | | | Buy | 06/15/10 | M | | |
| 125. -- Sandisk Corp | | | | | Sold | 11/05/10 | M | C | |
| 126. -- Mechel OAO | | | | | Buy | 02/01/10 | L | | |
| 127. -- Mechel OAO | | | | | Sold | 03/25/10 | L | B | |
| 128. -- Teck Resources Ltd | | | | | Buy | 12/02/10 | L | | |
| 129. -- Teck Resources Ltd | | | | | Sold | 12/06/10 | L | B | |
| 130. -- Toreador Resources | | | | | Sold | 01/22/10 | K | C | |
| 131. -- Yanzhou Coal Mng Co | | | | | Buy | 02/03/10 | L | | |
| 132. -- Yanzhou Coal Mng Co | | | | | Sold | 10/06/10 | L | B | |
| 133. -- Sotheby's (Y) | | | | | | | | | |
| 134. -- Toreador Resources (Y) | | | | | | | | | |
| 135. J & E Mahan Agency (Alpine) | C | Int./Div. | M | T | | | | | |
| 136. Mahan▒▒▒▒Partnership | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C 1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. U.S. Bank | A | Int./Div. | K | T | | | | | |
| 138. Circus Circus | D | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 138: Received unclaimed proceeds of a misplaced stock certificate handled by former broker that had not been transferred to filer during prior reporting periods.

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 05/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544